

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2018

No. 04-18-00384-CR

The **STATE** of Texas,
Appellant

v.

Desiree Renee **GOMEZ**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 542323
Honorable John Longoria, Judge Presiding

# O R D E R

The State's brief was due July 18, 2018. On July 18, 2018, the State filed a motion, requesting an extension of time of fourteen (14) days. Thereafter, on July 24, 2018, the State filed its brief. Accordingly, we **GRANT** the State's motion and deem the State's brief as timely filed. Appellee is reminded her brief is due **on or before August 23, 2018**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court